# Court of Appeals
# of the State of Georgia

ATLANTA,  March 11, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1141.  DIANA A. NOWLIN v. CITIBANK, N.A.**

In the underlying action to collect on a credit card debt, the trial court awarded $4,864.92 in principal plus $272.50 in costs to the plaintiff.  Defendant Diana A. Nowlin then filed this direct appeal.

We lack jurisdiction.  The discretionary appeal procedure is required where a money judgment in an action for damages totals $10,000.00 or less. See OCGA § 5-6-35 (a) (6).  Because Nowlin failed to follow the required procedure, her appeal is hereby DISMISSED for lack of jurisdiction. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 03/11/2014
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*